11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

In re Burl J. Adams

No. 11-03-00065-CV B Original Mandamus Proceeding

 

Burl J. Adams and Carla Kay Newby f/k/a Carla
Kay Adams f/k/a Carla Kay Bell (real party in interest) have filed in this
court a joint motion to dismiss this proceeding.  In their motion, the parties state that they have reached an
agreement to settle and compromise their differences and that the trial court
has approved the agreement.

The motion is granted, and the proceeding is
dismissed.

 

PER CURIAM

 

June 18, 2003

Not designated for publication. See
TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.